# UNITED STATES DISTRICT COURT

### for the

#### Southern District of Illinois

Mikal Hall #R58099

)
)
)
)
)
)
)
)
)
)
)
)
)

*Plaintiff/Petitioner(s)*

v.

Anothy Wills, La'Toya Hughes,
Kelly Pierce, Wexford Health Sources,
Joleen Klump,

*Defendant/Respondent(s)*

SCANNED at MENARD and E-mailed
3-15-24 by RM 20 pages
Date        initials      No.

Case Number: 24-762-NJR

(Clerk's Office will provide)

☒ CIVIL RIGHTS COMPLAINT
pursuant to 42 U.S.C. §1983 (State Prisoner)

☐ CIVIL RIGHTS COMPLAINT
pursuant to 28 U.S.C. §1331 (Federal Prisoner)

☐ CIVIL COMPLAINT
pursuant to the Federal Tort Claims Act,
28 U.S.C. §§1346, 2671-2680, or other law

## I.    JURISDICTION

**Plaintiff:**

A.    Plaintiff's mailing address, register number, and present place of confinement.   Mikal Hall #R58099
P.O. Box 1000, 711 Kadkaskia Street
Menard C.C  Menard, IL 62259

**Defendant #1:**

B.    Defendant Anothy Wills is employed as
          (a)      (Name of First Defendant)
Warden
          (b)      (Position/Title)
with Menard C.C  711 Karkakia St., Po Box 1000
          (c)      (Employer's Name and Address)
Menard, IL 62259

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government?  ☒ Yes   ☐ No

If your answer is YES, briefly explain:

He's the Warden of the State Prison Menard C.C

**Defendant #2:**

C.   Defendant _La'Toya Hughes_ is employed as

(Name of Second Defendant)

_Acting Director_

(Position/Title)

with _Governor Office, 1301 Concordia Court,_

(Employer's Name and Address)

_P.O. Box 19277. Springfield, IL 62794-9277_

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government?  ☒ Yes   ☐ No

If you answer is YES, briefly explain:

She's a Acting Director of illinois Department of Corrections

**Additional Defendant(s) (if any):**

D.   Using the outline set forth above, identify any additional Defendant(s).

1) Defendant #3 Kelly Pierce is employed as (3rd Defendant)
Grivance officer - (Position/Title)

Menard Correctional Center P.O Box 1000 Menard, IL 62259
Yes, Defendant #3 was Employed by the State
She was acting as the Grievance officer at the
Time of This alleged Incendent

## II.   PREVIOUS LAWSUITS

A.   Have you begun any other lawsuits in state or federal court relating to your imprisonment?   ☒ Yes   ☐ No

B.   If your answer to "A" is YES, describe each lawsuit in the space below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline. Failure to comply with this provision may result in summary denial of your complaint.

1.   Parties to previous lawsuits:
Plaintiff(s):   Mikal Hell

Defendant(s):
Kimberly Butler

2.   Court (if federal court, name of the district; if state court, name of the county):   US District Court Southern District of Illinois

3.   Docket number:   113

4.   Name of Judge to whom case was assigned:   Sison Magistrate

5.   Type of case (for example: Was it a habeas corpus or civil rights action?):   Civil Action

6.   Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?):   Won in Settlement

7.   Approximate date of filing lawsuit   11/30/2015

8.   Approximate date of disposition:   10/24/2019

III.    GRIEVANCE PROCEDURE

A.    Is there a prisoner grievance procedure in the institution? ☒ Yes    ☐ No

B.    Did you present the facts relating to your complaint in the prisoner grievance procedure?    ☒ Yes    ☐ No

C.    If your answer is YES,
1.    What steps did you take? Filed Grievance with Counselor, filed Grievance to grievance officer

2.    What was the result?
Denied onall Levels

D.    If your answer is NO, explain why not.
N/A

E.    If there is no prisoner grievance procedure in the institution, did you complain to prison authorities?    ☒ Yes    ☐ No

F.    If your answer is YES,
1.    What steps did you take? Filed A grievance to the Counselor

2.    What was the result? Denied ON EVERY Level

G.    If your answer is NO, explain why not.    N/A

H.    Attach copies of your request for an administrative remedy and any response you received. If you cannot do so, explain why not:
ANNexed Hereto

(Rev. 7/2010)

4

# STATEMENT of CLAIM

IV.

Warden 1.) Anthony Wills did not act on My ADA Disability Accommodation. Grievance ~~stop~~ and he check off None Emergency so he put my Health an well being in Serias Jepardy.

Acting Director 2.) La'Taya Hughes did not act on my Emegency Grievance futher putting my Life in danger and my safety from Clo's and not transfering me out from this falility.

Grievance Officer 3.) Kelly Pierce continved the Recommondation that this Grievance officer that the Individua in Custody's Grievance is Resolved in her decision But my issue never got fix.

Wexford Health Sources Inc 4.) Wexford Health Sources Inc, They must Take Reasonable steps to give prisoners with desasilites equal Access to the programs services and Benefits of the Correctional Center

ADA Joleen Klump 5.) (ADA) and Section 504 of the Rehabilitation Act of 1973 (Section 504) Are federal laws they protect people with disabilites including people who are Incarcerated from discrimination on the basic of their disability and ADA Joleen Klump fell to protect me.

## IV.   STATEMENT OF CLAIM

A.   State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated.  Do not include legal arguments of citations.  If you wish to present legal arguments or citations, file a separate memorandum of law.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

ON 12-6-23 I, Mikal Hall had wrote A.D.A Coordinator states that I pray you are in the very best of health in spirit when this letter reaches you, I am writeing you this this for the 2nd Time "Regarding" me being hard of hearing I went on watch on Nov 14, 2023 and the Tact Team took my hearing Aids out of my ears and my watch.

I came off water on Nov 20, 2023 and my property that i had on was never returned to me. The Americans with disables Act (ADA) and Section 504 of the Rehabilitation Act of 1973 (Section 504) are federal Laws that protect people with disabilites including People who are "Incarcerated" from discrimination on the basic of their disability. That means that Jails and Prisons may not "discrimination" against you because of your disability. It also means that they must take reasonable steps to give prisoners with disabilites @ equal Access to the programs services and benefits As well from the correctional center "Reasonable' accommodation" Today is Dec 6, 202 and I, Mr. Mikal Hall # R58099 still haven't recived my property from me coming off water that have them Items. That i said in this letter also my Address Back with All my personal Info. I was trying to tell you this when you walk pass my Cell Last friday on Nov 30, 2023 That I couldn't hear you when you came pass my door I have contacted N2-Personal property but they still haveing sent me my property I had on that box on watch.

Thanks for your time and Reading this Letter. god bless you

Ropt. Mikal Hall
#R58099
Location: NZ 609

AFFadavit

12/6/23

I pray you are in the very best of health in spirit when this letter Reach you. I am writing you this for the 2nd time Regarding me being hard of hearing. I want on watch on Nov 14,23 In the tact they took my hearing aids out of my ear in my watch. I come off on Nov 20,23 in my property that I had on was not Retune to me. The Americans with disabilities Act (ADA) Ane Section 504 of the Rehabilitation Act of 1973 (Section 504) are federal laws that protect people with disabilities, including people who are incarcerated, from discrimination on the basis of their disability. This means that jails and prisons may not discriminate against you because of your disability. It also means that they must take Reasonable steps to give prisoners with disabilities equal access to the programs, services, and benefits of the correctional center. "Reasonable accommodation" today is 12/6/23 in I still haven't Recieve my property from when I want on watch that have these item I said in this letter Also My Address book with personal info. I was trying to tell you this when you walk pass my cell last friday Nov 30, 23 I couldn't hear you when you come pass my door. I have contact N2 personal property but they still haven't sent me my property I had on that day Thank for your time in Reading this God bless.

mikal Hall

*No Hearing aid / No Batteries in Box

you have already received all allowable property
N² per personal property

## V.    REQUEST FOR RELIEF

State exactly what you want this court to do for you.  If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255.  Copies of these forms are available from the clerk's office.

I want action taken place through Wexford and I want all my property that was took given back to me and i want 300,000 for all the days I went with out my ADA hearing AiDs because I could't hear and Because of that I could't to my father befor They Pull the Plug on His Death Bed

## VI.    JURY DEMAND (check one box below)

The plaintiff ☑ does  ☐ does not request a trial by jury.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: _____ (date)

_____ mikal Hall _____
Signature of Plaintiff

Po Box 1000, 711 Kaskaskia St
Street Address

Mekal Hall
Printed Name

Menard IL 62259
City, State, Zip

#R58099
Prisoner Register Number

_____
Signature of Attorney (if any)

Rev. 10/3/19

## United States District Court
## SOUTHERN DISTRICT OF ILLINOIS

_____  )
     Plaintiff,              )
                       )
VS.                    )     Case No.: _____
                       )
_____  )
     Defendant          )

### NOTICE OF FILING

TO: _____     TO: _____
_____          _____
_____          _____
_____          _____

TO: _____     TO: _____
_____          _____
_____          _____
_____          _____

PLEASE TAKE NOTICE that on _____, 20_____, I have provided service to the person(s) listed above by the following means:

☑    Electronically filed through _Menard_ Correctional Law Library

☐    Institutional mail at _____ Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service.

### DECLARATION UNDER PENALTY OF PERJURY

Pursuant to 28 USC 1746 and 18 USC 1621, I declare under penalty of perjury that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

Date: _2-12-24_

/s/ _Mikal Hall_
NAME: _Mikal Hall_
IDOC#: _K 858097_
_Menard_ Correctional Center
P.O. Box _1000  911 Kaskaskia St_
_Menard_ , IL _62237_

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO INDIVIDUAL IN CUSTODY'S GRIEVANCE**

| Grievance Officer's Report | | |
|---|---|---|
| Date Received: 01/10/2024 | Date of Review: 01/10/2024 | Grievance #: K4-0124-0125 |
| **Individual in Custody Name:** Hall, Mikal | | ID#: R58099 |

**Nature of Grievance:**

ADA Hearing

**Facts Reviewed:**

Individual in Custody submitted a grievance dated 12/31/2023. The Individual in Custody grieves he is writing this grievance for the 2nd time about still not having his hearing aids. He states after he came off of watch they were not returned to him.

Requested: "I will like to be compensated for very day I want with out my hearing aids. Also, I will like a emergency transfer to another facility where I don't have to worry about retaliation against me. I'm being treated this way because of a lawsuit. I won I was never surpass to come back down here. Thank you."

This grievance was marked ADA Disability Accommodation by the Individual in Custody, and it was forwarded to the ADA Coordinator for review on 1/8/2024.

On 1/8/2024 the Assistant ADA Coordinator advised that on 12/18/2023 Hall, R58099 was referred to the audiologist for replacement hearing aids after security confirmed they were not in his possession. Hall, R58099 is awaiting an approved appointment with the audiologist.

The Grievance Office cannot award monetary compensation.

**Recommendation:**

It is the recommendation of this Grievance Officer that the Individual in Custody's grievance is RESOLVED. The individual is awaiting an approved appointment with the audiologist.

Kelly Pierce, Corrections Clerk III - Menard Correctional Center          **Kelly Pierce**          Digitally signed by Kelly Pierce
Date: 2024.01.18 16:34:08 -06'00'

Print Grievance Officer's Name                                                                    Grievance Officer's Signature

(Attach a copy of Individual in Custody's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response | | |
|---|---|---|
| Date Received: 01/18/2024 | ☑ I concur    ☐ I do not concur | ☐ Remand |

**Action Taken:**

ADA Coordinator

**Anthony Wills   TK**          Digitally signed by Anthony Wills   TK
Date: 2024.01.22 15:36:47 -06'00'          01/22/2024

Chief Administrative Officer's Signature                                                          Date

| Individual in Custody's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

Individual in Custody's Signature                                    ID#                                    Date

Distribution:   Master File; Individual in Custody          Page 1          DOC 0047 (Rev. 9/2022)
Printed on Recycled Paper

JG

**Illinois Department of Corrections**
**Individual in Custody Grievance**

Pilot Program Only

Housing Unit: N2    Bed #: 609

| Date: 12/31/23 | Individual (please print): MiKaL HaLL | | ID #: R58099 | Race (optional): BlK |
|---|---|---|---|---|
| Current Facility: Menard | | Facility where grievance issue occurred: Menard | | |

**Nature of Grievance:**
- ☒ Staff Conduct
- ☐ Medical Treatment
- ☐ Disciplinary Report: _____

- ☒ ADA Disability Accommodation
- ☐ Restoration of Sentence Credit
- ☐ Dietary

Date of Report ____ Facility where issued ____

- ☐ Personal Property
- ☐ Mail Handling
- ☐ Other (specify): ____

- ☐ PREA
- ☐ HIPAA

Note: Protective Custody denials may be grieved immediately via the local administration on the protective custody status notification.

Attach a copy of any pertinent document (such as Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":
- Counselor, unless the issue involves discipline, is deemed and emergency, or is subject to review by the Administrative Review Board
- Grievance Officer, only if the issue involves discipline at the current facility or issue not resolved by counselor
- Chief Administrative Officer, only if EMERGENCY grievance
- Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility, except medical and personal property issues, or issues not resolved by the Chief Administrative Officer

**Date & Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and name or identifying information for each person involved):

I Am WRiting this gRievance for the 2nd time in still with-out My hearing Aids. It's VeRy hard to hear when counselor, Mental health, Com true doing there weekly Rounds. I've been here At Menard since 2007 in becouse of All the woRRing Shat's at Menard becouse of lot fights the gu Shots have made me hard of hearing Almost dif in both my eaRs. Now I want on watch on Nov 14,23 In the tact team took My hearing A out of my eaRs in my watch. I come off on Nov 20,23 in my pRopeRty th i had on was not Retune to Me. the AmeRieans with disability Act (ADA

☒ EMERGENCY: Check only if grievance involves substantial risk of imminent personal injury or other serious or irreparable harm to self.
☐ Check if this is NOT an emergency grievance
☒ Continued on Reverse

**Relief Requested:** I will like to be compensated foR VeRy day I want with out my hearing Aids. Also I will like A emergency tRansfeR to another faceaty where I dont have to woRRy About Retatation Against me. Im being tReated this way becouse of a law suit I won I was never subpass to come back down here. Thank You.

____mikal Hall____    R58099    1/7/24
Individual in Custody Signature    ID #    Date

**Counselor Response** (if applicable): ____    Date Received: ____
☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Note to Individual: If you disagree with the counselor's response, it is your responsibility to forward grievance, with counselor's response, to the grievance officer.

**EMERGENCY REVIEW:**    Date Received: MEN JAN 08 2024    Assigned Grievance #/Institution: KN-0124-0125

Is this determined to be of an emergency nature:
☐ Yes, expedite emergency grievance.
☒ No, an emergency is not substantiated. Individual should submit this Grievance according to standard grievance procedure.

First Level Received: ____

Second Level Received: MEN JAN 10 2024

_____ Please check if using if utilizing follow up DOC 0743p

12D ADA-hearing
Accommodations
discriminatio
Transfer

____ (signature) ____    1-9-24
Chief Administrative Officer Signature    Date

Distribution: Master File, Individual    Page 1 of 2    DOC 0046 (Rev. 06/2022)

Pilot Program Only

Illinois Department of Corrections
Individual in Custody Grievance

and Section 504 of the Rehabilitation Act of 1973 (Section 504) are Federal laws that protect people with disabilities, including people who are incarcerated, from discrimination on the basis of thier disability. This means that Jails and Prisons may not discriminate against you becous of your disability. It Also means that they must take "Reasonable steps to give prisoners with disabilities equal access to the program Services, and benefits of the Correctional Center. "Reasonable accommodation" today is 1/7/24 in I Still havent Recieve my property from when I want on watch that have these item I said in this letter Also my Address book with personal info. I was trying to tell counseler about this when she walk pass my Cell last friday Nov 30, 23 I Couldnt hear you when you come pass my door! I Also told Sgt Brumleve who told me he personly through my property away when I want on watch becouse he say since I like to tell shit on the wrong they do in N2.

V.    **REQUEST FOR RELIEF**

State exactly what you want this court to do for you. If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255. Copies of these forms are available from the clerk's office.

I would Like to Sue Each Defendant in there own fudel in there Capecity for compensatory damages $150,000. and I would Like to Also Sue Each defendent in Ther Induvival Capacity for punitive damages for $150,000 each and Anymoney demages the Court See's fit as I'm not a specialist and for an Emergecy transfer for my Safey to A Disabilites Medical ficilety an release

VI.    **JURY DEMAND** (*check one box below*)

The plaintiff ☒ does   ☐ does not request a trial by jury.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed
on: _____
         (date)

✱ _____
Signature of Plaintiff

P O Box 1000 711 Keskeskia St
         Street Address

Menard, IL 62259
         City, State, Zip

Mikal Hall
         Printed Name

# R58099
         Prisoner Register Number

_____
Signature of Attorney (if any)

Rev. 10/3/19

**United States District Court**
**SOUTHERN DISTRICT OF ILLINOIS**

_____    )
      Plaintiff,    )
                 )
VS.    )    Case No.: _____
                 )
_____    )
      Defendant    )

## NOTICE OF FILING

TO: _____      TO: _____
      _____          _____
      _____          _____
      _____          _____

TO: _____      TO: _____
      _____          _____
      _____          _____
      _____          _____

PLEASE TAKE NOTICE that on _____, 20_____, I have provided service to the person(s) listed above by the following means:

☐    Electronically filed through _____ Correctional Law Library

☐    Institutional mail at _____ Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service.

### DECLARATION UNDER PENALTY OF PERJURY

Pursuant to 28 USC 1746 and 18 USC 1621, I declare under penalty of perjury that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

Date: _____

/s/ _____
NAME: Mikel Hall
IDOC#: ☩ R58-99
_____ Correctional Center
P.O. Box _____
_____, IL _____

JB Pritzker
Governor



Latoya Hughes
Acting Director

## The Illinois Department of Corrections

Menard Correctional Center
711 Kaskaskia Street • Menard, IL  62259 • (618) 826-5071 TDD: (800) 526-0844

# MEMORANDUM

DATE:      December 18, 2023

TO:        Hall, Mikal R58099   N2 6-09

FROM:      Joleen Klump, Asst. ADA Coordinator

SUBJECT: Kite received

---

I am in receipt of your kite stating your ADA accommodated hearing aids are missing.  You have been referred to the licensed audiologist to discuss options for replacement hearing aids and for your 3yr follow up.  You are awaiting an approved appointment.

Joleen Klump, Asst. ADA Coordinator

in Illinois and increase public safety by promoting positive change for those
erating successful reentry programs, and reducing victimization.

www.illinois.gov/idoc

d_list_inmate_trans_statement_composite

REPORT CRITERIA - Date: 09/03/2023 thru 03/11/2024;     Inmate: R58099;     Active Status Only ? : No;     Print Restrictions ? : Yes;     Transaction Type: All Transaction Types;     Print Furloughs / Restitutions ? : Yes;     Include Inmate Totals ? : Yes;     Print Balance Errors Only ? : No;     Statewide ? : No

**Inmate: R58099 Hall, Mikal S.**                                          **Housing Unit: MEN-N2-06-09**

| Date | Source | Transaction Type | Batch | Reference # | Description | | Amount | Balance |
|------|--------|------------------|-------|-------------|-------------|--|--------|---------|
| | | | | | **Beginning Balance:** | | | 0.00 |
| 09/12/23 | Mail Room | 04 Intake and Transfers In | 2552312 | 133553 | Pinckneyville C.C. | | 176.26 | 176.26 |
| 09/21/23 | Disbursements | 88 Gift | 2643113 | Chk #219458 | 88306931, Jones, Tat, | Inv. Date: 09/19/2023 | -50.00 | 126.26 |
| 09/26/23 | Mail Room | 04 Intake and Transfers In | 2692248 | 133707 | Pinckneyville C.C. | | 12.32 | 138.58 |
| 09/28/23 | Disbursements | 84 Library | 2713113 | Chk #219571 | 806262, DOC: 523 Fun, | Inv. Date: 09/20/2023 | -6.00 | 132.58 |
| 09/28/23 | Disbursements | 84 Library | 2713113 | Chk #219571 | 806488, DOC: 523 Fun, | Inv. Date: 09/27/2023 | -.40 | 132.18 |
| 10/02/23 | Point of Sale | 60 Commissary | 2757299 | 1594227 | Commissary | | -47.65 | 84.53 |
| 10/06/23 | Disbursements | 81 Legal Postage | 2793113 | Chk #219822 | 806933, DOC: 523 Fun, | Inv. Date: 10/03/2023 | -1.59 | 82.94 |
| 10/06/23 | Disbursements | 81 Legal Postage | 2793113 | Chk #219822 | 806935, DOC: 523 Fun, | Inv. Date: 10/03/2023 | -7.95 | 74.99 |
| 10/12/23 | Disbursements | 84 Library | 2853113 | Chk #219939 | 807444, DOC: 523 Fun, | Inv. Date: 10/10/2023 | -3.10 | 71.89 |
| 11/02/23 | Point of Sale | 60 Commissary | 3067299 | 1596347 | Commissary | | -70.18 | 1.71 |
| 11/30/23 | Disbursements | 81 Legal Postage | 3343113 | Chk #221041 | 810338, DOC: 523 Fun, | Inv. Date: 11/30/2023 | -.24 | 1.47 |
| 12/01/23 | Point of Sale | 60 Commissary | 3357299 | 1598296 | Commissary | | -1.24 | .23 |

| | |
|---|---|
| **Total Inmate Funds:** | .23 |
| **Less Funds Held For Orders:** | .00 |
| **Less Funds Restricted:** | .00 |
| **Funds Available:** | .23 |
| **Total Furloughs:** | .00 |
| **Total Voluntary Restitutions:** | .00 |



**3-15-24**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
prisoner.esl@ilsd.uscourts.gov

### ELECTRONIC FILING COVER SHEET

Please complete this form and include it when submitting any type of document, letter, pleading, etc. to the U.S. District Court for the Southern District of Illinois for review and filing.

**Hall, Mikal**                              **RS8099**
Name                                          ID Number

Please answer questions as thoroughly as possible and circle yes or no where indicated.

1. Is this a new civil rights complaint or habeas corpus petition?      (Yes) or No

   If this is a habeas case, please circle the related statute:   28 U.S.C. 2241 or 28 U.S.C. 2254

2. Is this an Amended Complaint or an Amended Habeas Petition?      Yes or (No)

   If yes, please list case number:  _____ N/A _____

   If yes, but you do not know the case number mark here:  _____

3. Should this document be filed in a pending case?      Yes or (No)

   If yes, please list case number:  _____ N/A _____

   If yes, but you do not know the case number mark here:  _____

4. Please list the total number of pages being transmitted:   **20.**

5. If multiple documents, please identify each document and the number of pages for each document. For example:  Motion to Proceed In Forma Pauperis, 6 pages; Complaint, 28 pages.

| Name of Document | Number of Pages |
|---|---|
| —Complaint and Notice of Filing | 13 |
| — Exhibits | 7 |
| | |
| | |

Please note that discovery requests and responses are NOT to be filed, and should be forwarded to the attorney(s) of record.   Discovery materials sent to the Court will be returned unfiled.

**Instructions for Filing a Pro Se Civil Complaint for
Civil Rights Violations or Other Civil Claims
Filed by a Person in Custody
in the United States District Court
for the Southern District of Illinois**

SCANNED at MENARD and E-mailed
3-15-24 by RM 20 pages
Date        initials   No.

1.  The attached civil complaint form may be used in a civil action (except habeas corpus actions) filed in this district by a person in custody. You may use this form even if your claims are not limited to civil rights or federal tort claims. A different form should be used in habeas corpus actions, including actions brought under 28 U.S.C. §§ 2241, 2254, or 2255 (copies are available from the clerk's office).

2.  Your complaint must be prepared and submitted as set forth in these instructions. The court may dismiss, strike, or order the return of papers that do not comply.

3.  Submit the original complaint and any supporting exhibits for filing (see paragraph 16 below). You are strongly encouraged to keep a copy of all documents you submit for filing. **Any document submitted for filing must be on 8 ½" x 11" paper.** If the judge orders service of process on one or more defendants, the clerk will make copies of your complaint for service on those individuals.

4.  Your complaint may be typed or handwritten. If handwritten, it must be readable. All questions must be answered clearly and completely. It is not necessary to have your complaint notarized, but it must include a declaration under penalty of perjury that the information you provide is true and correct. A deliberate false statement of fact may serve as the basis of summary dismissal of your case or other sanctions. **Your complaint must be signed and dated.**

5.  Confine your answers to the space provided on the <u>front</u> of the page. You may use additional pages (on 8 ½" x 11" paper) if more space is needed. State only when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you wish to present legal arguments or citations, file a separate memorandum of law.

6.  You must pay a filing fee of $400.00 at the time you file your complaint. If you are unable to prepay the entire filing fee and service costs for your lawsuit, you may seek permission to proceed without prepaying fees or costs by filing a motion to proceed *in forma pauperis*. A form motion is available from the clerk's office. Follow the directions on that form and answer all questions clearly and concisely. You must include a statement of your assets, and you must have an authorized institutional officer complete the certification section on the last page of the form. You must also submit a certified copy of your prison or jail account statement for the last six months. **If you submit an incomplete form or do not submit a statement of assets**

Page 1 of 4

and a prisoner or jail account statement with your form, your request to proceed *in forma pauperis* may be denied.

7.    If your motion to proceed *in forma pauperis* is granted, the court will assess an initial partial filing fee. This initial partial filing fee will be equal to 20% of the average monthly deposits to your prison or jail account or 20% of the average monthly balance in your prison or jail account for the six months immediately preceding the filing of the lawsuit, whichever is greater. **These funds will be sent directly to the court from your prison trust account after the court enters its order assessing the initial partial filing fee,** pursuant to 28 U.S.C. § 1915(b)(1). If you are without funds <u>and</u> have been without funds for the six months preceding the filing of your complaint, the court will not assess an initial filing fee. Instead, the court will order you to pay the filing fee in installments until the filing fee has been paid, pursuant to 28 U.S.C. § 1915(b)(4).

8.    Whether or not you pay an initial partial filing fee, pursuant to 28 U.S.C. § 1915(e)(2), you will owe the full balance of any unpaid filing fee, **even if your case is subsequently dismissed voluntarily or because it is frivolous or malicious, fails to state a claim on which relief may be granted, or seeks monetary relief against a defendant who is immune from such relief.** Until the amount of the filing fee is paid in full, each month you will owe 20% of your preceding month's income toward the balance. The institution that has custody of you will collect that money and send payments to the court any time the amount in your account exceeds $10.00, pursuant to 28 U.S.C. § 1915(b)(2). **You should carefully consider this information before you decide to file a civil action in federal court.**

9.    If, while you are a prisoner, you have three or more claims, actions, or appeals dismissed as frivolous, malicious, or for failure to state a claim on which relief can be granted, then, while you are a prisoner, you will be prohibited from bringing any additional claims, actions, or appeals *in forma pauperis* unless you are in **imminent** danger of serious physical injury at the time you file your claim, action, or appeal. *See* 28 U.S.C. § 1915(g).

10.    If permission to proceed *in forma pauperis* is granted or the filing fee is paid in full, the court will conduct a preliminary/threshold review of the complaint pursuant to 28 U.S.C. § 1915A. All or part of the complaint may be dismissed if it: (1) is frivolous, malicious, or fails to state a claim on which relief may be granted; or (2) seeks monetary relief from a defendant who is immune from such relief. Service of process on the defendant(s) shall not be ordered unless some portion of the complaint survives the court's preliminary review. You will receive a copy of the Court's order as soon as this review is completed.

11.    After the complaint is filed, the original of any motion, pleading, or other paper submitted for consideration by the court should be filed with the clerk. You must

Page 2 of 4

also mail a copy of that document to all other parties, or if they have counsel, to that attorney. When you file your paper with the clerk, you must include a **Certificate of Service**, using the format shown below. Any pleading or other document received by the court that fails to include a certificate of service may be disregarded. Note, however, that some prison facilities participate in an electronic filing program. **In general, you are not required to mail copies of documents to parties if your facility participates in an electronic filing program, because parties who participate in electronic filing will receive the document electronically.** And, pursuant to General Order No. 2012-1, the clerk will mail a copy of electronically filed documents to any party who does not receive the document electronically. You may, however, be required to mail copies of a proposed document, such as a proposed amendment to a pleading. Additional information about electronic filing (and General Order No. 2012-1) is available through prison library staff.

---

## CERTIFICATE OF SERVICE

I certify that a copy of this ___Section (1983) complaint___ was mailed/delivered
(Name of Document)

to ___Mikal Hall # R58099___ on ___2-25-2024___.
(Name and Address of Party/Attorney)                                (Date)

___mikal Hall___
Signature

___Mikal Hall___
Printed Name

---

12. Do not write letters to the court regarding your case. Such contact is improper. If you wish to provide information or ask the court to do something, you must file a motion with the clerk.

13. You are responsible for learning and following the procedures that govern the court process. The district judges, magistrate judges, clerk of court, and their staff are forbidden as a matter of law from providing legal advice. Legal advice should be sought from an attorney or legal clinic.

Page 3 of 4

14. You have a continuing obligation to keep the Court and each opposing party informed of any change in your address. The Court will not independently investigate your whereabouts. You must notify the Court in writing of your new address within 7 days after a transfer or other change in address occurs. Failure to do so may result in dismissal of your case.

15. Self-representation carries certain responsibilities and risks that a *pro se* litigant should know before proceeding. The court encourages all individuals who are thinking about self-representation to carefully review the risks associated with self-representation and to be aware of the potential consequences. Rule 11 of the Federal Rules of Civil Procedure prohibits the filing of lawsuits that are clearly frivolous or filed merely to harass someone. If, after reviewing your complaint, a judge determines that you have filed a lawsuit for an improper or clearly unnecessary purpose, it may impose sanctions against you, including ordering you to pay a fine to the court or to pay the legal fees of the person or persons against whom you filed the lawsuit. The court has a form motion with which you may request appointment of counsel. If you wish to file such a motion, you may request the appropriate form from the clerk's office. Ordinarily, the court will not consider your motion until after you have filed your complaint and permission to proceed without prepaying fees or costs has been granted. Bear in mind that there is no right to counsel in a civil case, and motions to appoint counsel are not automatically granted.

16. When your complaint is complete, submit it to prison library staff (if you are at an institution that participates in the electronic filing program) or mail the original and any supporting exhibits (and an extra copy if you want a file-stamped copy returned to you), along with the $400.00 filing fee or a motion to proceed *in forma pauperis*, to either:

**Clerk of the Court**
**United States District Court**
**Southern District of Illinois**
**301 West Main Street**
**Benton, IL 62812**

**Clerk of the Court**
**United States District Court**
**Southern District of Illinois**
**750 Missouri Avenue**
**East St. Louis, IL 62201**